UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KIMBERLY-CLARK WORLDWIDE INC., et al.,

        Plaintiffs,

  v.                                            Case No. 09-C-429

TYCO HEALTHCARE GROUP LP
d/b/a Covidien, et al.,

        Defendants.

## ORDER GRANTING MOTION TO REDACT TRANSCRIPT

The parties have moved to redact the transcript of the June 25, 2009 preliminary injunction hearing in the above matter. The parties contend that the relatively minor portions of the transcript that they seek to redact relate to business strategies, profit margins, sales percentages, as well as internal business considerations relating to the products at issue. While the matter does not constitute trade secrets, it does appear to be proprietary information that, at least in detail, does not bear on the Court's decision, other than as discussed therein. Based upon the agreement of the parties and the Court's own review of the transcript, it appears that good cause has been shown. Accordingly, the motion to redact the transcript is **GRANTED**. The clerk is instructed to file the redacted transcript and maintain the original under seal.

    **SO ORDERED** this   31st   day of July, 2009.

                                  s/ William C. Griesbach
                                  William C. Griesbach
                                  United States District Judge