

411 East Wisconsin Avenue
Suite 2040
Milwaukee, Wisconsin 53202-4497
414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in
Milwaukee and Madison, Wisconsin
Naples, Florida
Phoenix and Tucson, Arizona
Chicago, Illinois

Writer's Direct Dial: 414.277.5609
E-Mail: daniel.conley@quarles.com

September 11, 2009

**Via Electronic Case Filing**

The Honorable William C. Griesbach
United States District Judge
Jefferson Court Building
125 S. Jefferson St., Suite 203
P.O. Box 22490
Green Bay, WI 54305-2490

  RE: *Kimberly-Clark v. Tyco Healthcare Group LP, et al.* E.D. Wisc. 09-C-429

Dear Judge Griesbach:

  The parties write at Your Honor's request and in response to Your Honor's letter of September 3, 2009 (D.I. 60) regarding scheduling for the above-captioned case. The parties have agreed upon and request some modifications to the additional dates the Court has proposed. These modifications are indicated in boldface type in the chart below.

  First, the parties request that, on October 29, 2009, rather than prepare a Joint Claim Construction Chart, Plaintiffs will instead identify the asserted claims. Second, as the Court suggested, the parties will file a Joint Claim Construction Statement by December 1, 2009. This Statement will identify the claim terms in dispute, without providing any proposed constructions. This Statement will also suggest a joint construction, as necessary, for any remaining terms that appear to require construction. Third, the parties request that they be permitted to simultaneously file opening *Markman* briefs on December 17, 2009, and simultaneously file *Markman* response briefs by January 14, 2010. Fourth, the parties request that there be no additional *Markman* reply brief. Finally, the parties request that, subject to the Court's schedule, a *Markman* hearing be held on Thursday, January 21, 2010.

| **Event** | **Proposed Date** |
|---|---|
| Initial Disclosures | August 24, 2009 |
| Deadline to Amend the Pleadings and Join Parties | October 15, 2009 |

| | |
|---|---|
| Claim Construction Discovery Closes | November 1, 2009 |
| **Plaintiffs to serve identification of asserted claims** | **October 29, 2009** |
| Joint Claim Construction Statement Deadline | December 1, 2009 |
| *Markman* Brief Deadline (both parties) | December 17, 2009 |
| *Markman* Response Brief Deadline (both parties) | January 14, 2010 |
| *Markman* Hearing (subject to the Court's discretion and availability) | **January 21, 2010** |
| Fact Discovery Closes | April 1, 2010 |
| Expert Reports Deadline (for issues on which a party bears the burden of proof) | April 15, 2010 |
| Rebuttal Expert Report Deadline | May 13, 2010 |
| Expert Discovery Closes | June 3, 2010 |
| Dispositive Motion Deadline | June 17, 2010 |
| Dispositive Motion Response Brief Deadline | July 8, 2010 |
| Dispositive Motion Reply Brief Deadline | July 22, 2010 |
| *\*Approximate date of the Court's Order on the Dispositive Motions (Court's discretion)* | *August 2010* |
| Final Pretrial Conference | September 15, 2010 |
| Trial | October 4, 2010 |

      If these modifications are acceptable to the Court, the parties respectfully request that the Court issue a scheduling order that reflects the parties' proposal. Please let us know if any of the issues raised in this letter require further clarification.

                                                        Respectfully submitted,

| | |
|---|---|
| s/Daniel T. Flaherty | s/Dan Conley |
| Daniel T. Flaherty | Dan Conley |
| Maria L. Kreiter | Josephine K. Benkers |
| GODFREY & KAHN, SC | Andrew M. Norman |
| 100 West Lawrence Street | QUARLES & BRADY LLP |
| P.O. Box 2728 | 411 East Wisconsin Avenue, Suite 2040 |
| Appleton, WI 54912-2728 | Milwaukee, WI 53202-4497 |
| Phone: (920) 830-2800 | Phone: (414) 277-5609 |
| Fax: (920) 830-3530 | Fax: (414) 271-3552 |
| dflaherty@gklaw.com | Email: dec@quarles.com |
| mkreiter@gklaw.com | jbenkers@quarles.com |
| | anorman@quarles.com |
| Robert L. Wilkins | |
| Rebecca G. Lombard | John M. Desmarais |
| Lisa M. Kattan | Robert A. Appleby |
| Christopher T. La Testa | Melanie R. Rupert |
| VENABLE LLP | Andres Sawicki |
| 575 7th Street, N.W. | KIRKLAND & ELLIS LLP |
| Washington, D.C. 20004 | 153 East 53rd Street |
| Phone: (202) 344-4000 | New York, NY 10022 |
| Fax: (202) 344-8300 | Phone: (212) 446-4800 |
| rlwilkins@venable.com | Fax: (212) 446-4900 |
| rglombard@venable.com | Email: jdesmarais@kirkland.com |
| lmkattan@venable.com | rappleby@kirkland.com |
| ctlatesta@venable.com | mrupert@kirkland.com |
| | asawicki@kirkland.com |
| *Attorneys for Plaintiffs* | |
| *Kimberly-Clark Worldwide, Inc. and* | *Attorneys for Defendants* |
| *Kimberly-Clark Global Sales, LLC* | *Tyco Healthcare Group, L.P., d/b/a Covidien;* |
| | *Mallinckrodt, Inc. and Nellcor Puritan* |
| | *Bennett, LLC* |